# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2939
LT Case No. 2012-CF-001029-A

_____

JUSTIN LAMAR JONES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Justin Lamar Jones, Carrabelle, pro se.

No Appearance for Appellee.

June 3, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————